1

Kody Harrell          Case - 4:23-CV-02033

To whom may concern.

I Plantiff Kody Harrell have come to an agreenment with the Defendent's for a remedy. you may Dismiss the Charges.

May God bless you all.

United States Courts
Southern District of Texas
FILED

AUG 09 2023

Nathan Ochsner, Clerk of Court

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name _Kody Howell_
SPN _03050315_ Cell _2A2A_
Street _1200 Baker St_
HOUSTON, TEXAS 77002

**Keefe** Commissary Network

**INDIGENT**

NORTH HOUSTON
07 AUG 2023 PM 8



US POSTAGE
ZIP 77002
02 4W
0000368784

United States District Clerk's Office
P.O. Box 61010
Houston, TX 77208-1010

United States Courts
Southern District of Texas
FILED
AUG 09 2023
Nathan Ochsner, Clerk of Court

77208-101616